MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AMBER S. ROSEN (CABN 160380)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: amber.rosen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESLEY RUSSELL PETERS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 11-00140 EJD <br><br> JOINT STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |

    The parties, the United States of America, and defendant, Wesley Russell Peters, through his counsel, jointly ask to move the sentencing date in this case from November 21, 2011 to December 12, 2011, at 1:30 p.m., to allow the Probation Office at least 75 days from the entry of defendant's guilty plea to prepare its presentence report. The Probation Office has indicated to the parties that the December 12, 2011 date is acceptable.

//

//

//

//

JOINT STIPULATION TO CONTINUE SENTENCING DATE
11-00140 EJD

DATED: September 20, 2011                     Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
AMBER S. ROSEN
Assistant United States Attorney


_____/s/_____
MANUEL ARAUJO
Attorney for Defendant

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing date in the above-captioned case be moved from November 21, 2011 to December 12, 2011.

DATED: September 23, 2011            _____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION TO CONTINUE SENTENCING DATE
11-00140 EJD