BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PETERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY RUSSELL PETERS,<br><br>Defendant. | No. CR-11-00140 EJD<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING FROM DECEMBER 12, 2011 TO JANUARY 23, 2012 at 1:30 p.m., and [PROPOSED] ORDER** |

**STIPULATION**

The parties, Wesley Russell Peters and the government, acting through their respective counsel and subject to the Court's approval, stipulate that the sentencing date currently set for December 12, 2011, be vacated and that the Court set a new hearing date on January 23, 2012 at 1:30 p.m.

///

///

///

///

///

Probation Officer Ben Flores has been contacted regarding moving the sentencing date to January 23, 2012. Mr. Flores has no objections.

Dated: November 21, 2011

          __/s/_____
          Manuel U. Araujo,
          Assistant Federal Public Defender

Dated: November 21, 2011

          __/s/_____
          Amber S. Rosen,
          Assistant United States Attorney

## [PROPOSED] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing hearing currently scheduled on December 12, 2011, is continued to January 23, 2012, at 1:30 p.m.

SO ORDERED.

Dated: __November 23____, 2011

_____
HONORABLE, EDWARD J. DAVILA,
United States District Judge