| | |
|---|---|
| 1 | GEOFFREY HANSEN |
| | Acting Federal Public Defender |
| 2 | MANUEL U. ARAUJO |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant PETERS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00140-JW (HRL) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING DATE |
| | ) | |
| WESLEY RUSSELL PETERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the sentencing hearing in the above-captioned matter, presently scheduled for January 23, 2012 at 1:30 p.m., to February 13, 2012, at 1:30 p.m. The reason for the continuance is due to the sudden death of defense counsel's mother-in-law and funeral services being held out of town.

United States Probation Officer Ben Flores was advised of the continuance and has no objection.

IT IS SO STIPULATED.

Dated: January 18, 2012

                                             /s/
                                 MANUEL U. ARAUJO
                                 Assistant Federal Public Defender

Date: January 18, 2012

                                             /s/
                                 AMBER ROSEN
                                 Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter shall be continued from January 23, 2012, at 1:30 p.m., to February 13, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January __19__, 2012

                                         EDWARD J. DAVILA
                                         UNITED STATES DISTRICT COURT JUDGE